P. REARDON, INC., Respondent, v. DANIEL CATON and Others, Appellants. JAMES S. REARDON, as Treasurer, etc., Respondent, v. INTERNATIONAL MERCANTILE MARINE COMPANY and Others, Appellants.— Motions granted,

and cases set down for Thursday, June 26, 1919, at ten o'clock, A. M. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.